78,602-02

STATE OF TEXAS

IN THE COURT OF CRIMINAL APPEALS

NOV. 2, 2015

RE: 15,959-B & 3719-J

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta. Clerk

TO: Mr. Abel Acosta
    Clerk

Dear Mr. Acosta,

This is to notify you that on 10/30/15 i did recieve notice that my writ was recieved and presented to the Court. Best Birthday Card i ever recieved. Thank you for you time and attention in this matter. Happy Holidays, and God Bless.

Sincerely,
Juan Manuel Albarado
pro se